UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO


XUDONG ZHENG,                                                                    PETITIONER

v.                                                        CIVIL ACTION NO. 4:26-cv-00457-GNS


MIKE LEWIS, Jailer of Hopkins County Jail;
SAMUEL OLSON, Field Office Director, Chicago
Field Office, U.S. Immigration and Customs
Enforcement, Enforcement and Removal Operations;
DAVID J. VENTURELLA, Acting Director, U.S.
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of
Homeland Security                                                              RESPONDENTS


## ORDER

Upon joint motion of the parties to cancel the hearing and submit this matter on

the briefs,

IT IS HEREBY ORDERED that the motion is GRANTED.


**Greg N. Stivers, Judge**
**United States District Court**
July 6, 2026